# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

UNITED STATES OF AMERICA)
                     )
        vs.          )        NO. 4:13-CR-4-1BO
                     )
                     )        O R D E R
Markis Rasaan Allen    )

      **IT IS HEREBY ORDERED** that Government's Exhibit's # 5 admitted into evidence during the sentencing hearing of Markis Rasaan Allen be returned to the United States of America or its representative and remain in his custody through any proceeding on appeal or review.

      This 26th day of September, 2013.

                                        TERRENCE W. BOYLE
                                United Stated District Judge

Exhibits received by: _____

Please print:_____Donald Wlonley_____